```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

TYRON WORKS, et al.,            }
                                }
     Plaintiffs,                }
                                }       CIVIL ACTION NO.
v.                              }       08-AR-1686-S
                                }
A1 MORTGAGE CORPORATION, et     }
al.,                            }
                                }
     Defendants.                }
```

**ORDER**

Plaintiffs neither having timely responded to this court's order of January 13, 2009, nor having obtained service on defendant, A1 Mortgage Corporation, the action as against said defendant is DISMISSED for want of prosecution. The case shall proceed as to the remaining defendants.

The costs are taxed as paid as between the parties affected.

**THE UNDERSIGNED JUDGE TO WHOM THIS CASE IS ASSIGNED DOES NOT EMPLOY THE "UNIFORM INITIAL ORDER" FOUND ON THE COURT'S WEBSITE.**

Answers having been filed by the other defendants, the parties are hereby reminded that the case is governed by the Federal Rules of Civil Procedure, including local rule variations. The parties should pay particular attention to Rules 7.1, 26 and 16, and should with their initial report notify the court if the case should be evaluated for proceeding upon any of the tracks provided by this court's Alternative Dispute Resolution Plan.

DONE this 26th day of January, 2009.

                                                  _____
                                                  WILLIAM M. ACKER, JR.
                                                  UNITED STATES DISTRICT JUDGE