IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYRON WORKS, et al., } | |
| } | |
| Plaintiffs, } | |
| } | CIVIL ACTION NO. |
| v. } | 08-AR-1686-S |
| } | |
| A1 MORTGAGE CORPORATION, et } | |
| al., } | |
| } | |
| Defendants. } | |

**ORDER**

Pursuant to the joint stipulation of dismissal filed on February 11, 2009, by plaintiffs and defendant, Equifax Information Services, LLC, the above-entitled action is hereby DISMISSED WITH PREJUDICE as to said defendant. The case shall proceed as to the remaining defendants.

The costs are taxed as paid as between the parties affected.

DONE this 12th day of February, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE