FILED

2009 May-04  PM 03:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

Direct Number:  (216) 586-7093
eldickinson@jonesday.com

JP007983:eld
026123-051535

April 16, 2009

<u>BY E-MAIL</u>

John Watts, Esq.
Watts Law Group, P.C.
and
M. Stan Herring, Esq.
M. Stan Herring, P.C.
700 29th St. S.
Suite 201
Birmingham, AL 35233

    Re: *Works v. Experian Information Solutions, Inc., et al.*

Dear Mr. Watts and Mr. Herring:

  This correspondence is to inquire about the status of Mr. and Ms. Works' Initial Disclosures in the above-referenced matter.  Initial Disclosures were due in this case on March 30, 2009.  To date, I have not received these documents.  Please provide your clients' Initial Disclosures within 7 days of the date of this letter.

  Should you have any questions, please do not hesitate to call me.

     Very truly yours,

     Erin L. Dickinson

cc:  L. Jackson Young, Esq.

CLI-1707921v1