FILED

2009 Aug-20  AM 10:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TYRON WORKS, et al.,                    }
                                        }
        Plaintiffs,                     }
                                        }        CIVIL ACTION NO.
v.                                      }        08-AR-1686-S
                                        }
TRANS UNION, LLC,                       }
                                        }
        Defendant.                      }

## ORDER

Plaintiffs' motion filed on August 19, 2009, to dismiss the claims against defendant, Experian Information Solutions, Inc., is well taken, and is GRANTED.  Accordingly, the above-entitled action is hereby DISMISSED WITH PREJUDICE as to said defendant.  The case shall proceed as to the remaining defendant, Trans Union, LLC.

Costs are taxed as paid as between the parties affected.

DONE this 20th day of August, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE