IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TYRON WORKS, et al.,          }
                              }
        Plaintiffs,           }
                              }        CIVIL ACTION NO.
v.                            }        08-AR-1686-S
                              }
TRANS UNION, INC.,            }
                              }
        Defendant.            }

**<u>AMENDED ORDER</u>**

Plaintiffs' motion filed on October 6, 2009, to dismiss the claims against the only remaining defendant, Trans Union, Inc., is well taken, and is GRANTED.  Accordingly, the above-entitled action is DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 7th day of October, 2009.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE